**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED
OCT 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Howard Cagle

Case No. 05-495 (JMF)

**ORDER**

Upon oral motion of the __Parties__ to exclude __21__ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing)~~ or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that __21__ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

X /s/ Howard Cagle
Defendant

/s/ Calafin
Defense Counsel

/s/ Barry Wiegand
Attorney for Government

executed 10/19/05

prepare CSH 11/29/05 @ 9:30 am

/s/ Morrison
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY