UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0495M-01 (CR) |
| **HOWARD E. CAGLE,** | : | VIOLATIONS: 18 U.S.C. §111(b) |
| **Defendant.** | : | (Assaulting, Resisting, or Impeding Certain |
| | : | Officers or Employees); |
| | : | 22 D.C.C. §402 |
| | : | (Assault With A Dangerous Weapon); |
| | : | 22 D.C.C. §4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence or |
| | : | Dangerous Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 11, 2005, within the District of Columbia, **HOWARD E. CAGLE**, using a deadly or dangerous weapon, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(b))

## COUNT TWO

On or about September 11, 2005, within the District of Columbia, **HOWARD E. CAGLE**, assaulted Officer Randy Parker with a dangerous weapon, that is, a pistol.

(**Assault with A Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402)

## COUNT THREE

On or about September 11, 2005, within the District of Columbia, **HOWARD E. CAGLE**, did possess a firearm, that is a Crossman BB pistol, or imitation thereof, while committing the crime of Assaulting, Resisting, or Impeding Certain Officers or Employees, as set forth in Count Two of this indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.