UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 08 2010

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HOWARD E. CAGLE, )<br>      Defendant. )<br>_____) | Criminal No. 05-00400-01 (PLF/AK) |

## REPORT AND RECOMMENDATION ON MODIFICATION OF SUPERVISED RELEASE

At a hearing held on March 2, 2010, all parties consented to the modification of Defendant's conditions of supervised release and there being no objection thereto, accordingly on this 2nd day of March, 2010, IT IS RECOMMENDED THAT the Defendant's conditions of supervised release be modified to include: The Defendant shall participate and complete no more than 180 days in the Residential Reentry Center placement as directed by the United States Probation Office; cost to be waived. In addition, the Defendant will be released to the 3rd party Custody of the United States Probation Office upon designation to the Residential Reentry Center.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the conditions of Defendant's supervised

release be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the Magistrate Judge is accepted.

DATED: _March 5_, 2010            _____
                                    UNITED STATES DISTRICT COURT JUDGE